FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JUN 29 PH 3: 00

MARGARET BOTKINS, CLERK
CASPER

Paul

Paul D Mathewson,                    )
                                     )
          Plaintiff(s),              )
                                     )
vs.                                  )        Case No. 26 CV - 202 SWS
                                     )
Town of Thermopolis, et al,          )
                                     )
          Defendant(s).              )

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

## MOTION TO PROCEED
### *IN FORMA PAUPERIS* AND SUPPORTING AFFIDAVIT

I, Paul Mathewson declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated? ☐ Yes ☑ No  (If "No," complete questions 2-6 ONLY. If "Yes," complete all questions and pages 3 and 4.)

      If "Yes," state the place of your incarceration. _____
      Are you employed at the institution? ____ Do you receive any payment from the institution? ____

      Attach a statement from the institution(s) of your incarceration showing at least the past **six** months of your trust account.

2.    Are you currently employed?    ☐ Yes ☑ No

      a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
            _____
            _____
            _____

b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

_March 2022 Bighora Suger Wyoaing Sugar Worland._

3.    In the past 12 months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
| d. | Disability or workers' compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. If necessary, you may add a separate sheet of paper. _Disability SSDI $1,200 mth_

4.    Do you have **any** cash or checking or savings accounts? ☒ Yes     ☐ No

If "Yes," state the total amount. _$40 oo_

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☒ Yes     ☐ No

If "Yes," describe the property and state its value. _Dodge Truck $1,000_ _Chevy bus $300_

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _N.A_

I hereby authorize the United States District Court, District of Wyoming, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the Court or its representative.

I declare under penalty of perjury that the above information is true and correct.

_6-29-26_     _(signature)_

Date                              Signature of Applicant